**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARRY WILLMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>        Defendant. | Case No. 1:23-cv-04980-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Katherine Polk Failla |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Barry Willman hereby dismisses without prejudice all claims against Defendant Whole Foods Market Group, Inc.

Dated: July 28, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
     Max S. Roberts

Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

*Attorneys for Plaintiff*